United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GILBERT MARTINEZ GARCIA, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:22-CV-00107 |
| HOME DEPOT U.S.A., INC., | | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the parties' "Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)" (D.E. 10), the Court enters final judgment dismissing this action with prejudice.

ORDERED on September 30, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE